# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THOMAS DENZEL CELESTINE

NO. 2020 KW 0416

**JUNE 19, 2020**

---

In Re:     Thomas Denzel Celestine, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. unknown

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED** for the sole purpose of transferring the "petition for habeas corpus/release of bond obligation/habeas corpus ad testificandum" to the district court for its consideration. The original of the writ application will be forwarded to the district court clerk of court.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.